No. 88–6671. BONDS v. SHILLINGER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–6673. COLEMAN v. DEPARTMENT OF AGRICULTURE ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–6674. ALLAH v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 88–6680. FUNKHOUSER v. MULLINS. C. A. 8th Cir. Certiorari denied.

No. 88–6685. IVES v. KELLEY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–6686. SCOTT v. DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 88–6687. STEELEY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 88–6688. BROWN v. HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY AT NAPANOCH, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–6689. BARKER v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 88–6690. YORK v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 88–6691. MORRIS v. CHITWOOD. Sup. Ct. Tex. Certiorari denied.

No. 88–6692. OVERSTREET v. TRICKEY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–6695. SHERRILLS v. GRAY ET AL. C. A. 6th Cir. Certiorari denied.